UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Aisha Thomas,

    Petitioner

v.

The Attorney General of the State of Nevada, et al.,

    Respondents

Case No. 2:25-cv-01704-CDS-MDC

**Dismissal Order**

    Petitioner Aisha Thomas filed a petition for writ of habeas corpus under 28 U.S.C. § 2254, moved for leave to proceed *in forma pauperis* ("IFP"), and moved for the appointment of counsel. ECF Nos. 1, 1-1, 1-3. I granted Thomas's motion for leave to proceed IFP, deferred ruling on her motion for appointment of counsel, and directed her to show cause why her petition should not be dismissed without prejudice as wholly unexhausted. ECF No. 3. Thomas was warned that failure to respond would result in this action being dismissed without further advance notice. *Id*. To date, Thomas has not filed a response to the order to show cause, requested an extension of time to do so, or taken any other action to prosecute this case. Accordingly, I dismiss Thomas's petition without prejudice, deny her a certificate of appealability, and close this case.

## Conclusion

    It is therefore ordered that the petition **[ECF No. 1-1] is dismissed without prejudice**.[1] A certificate of appealability is denied as reasonable jurists would not find the dismissal of the petition for the reasons discussed herein to be debatable or wrong.

---

[1] Thomas may file a new petition *in a new action* following exhaustion of her state-court remedies.

It is further ordered that the motion for appointment of counsel **[ECF No. 1-3] is denied**.

It is further kindly ordered that the Clerk of Court (1) file the petition (ECF No. 1-1), (2) add Nevada Attorney General Aaron D. Ford as counsel for respondents,[2] (3) provide the Nevada Attorney General with copies of the petition (ECF No. 1-1), this order, and all other filings in this matter by regenerating the notices of electronic filing, (4) enter judgment, and (5) close this case.

Dated: October 27, 2025

_____
Cristina D. Silva
United States District Judge

---

[2] No response is required from respondents other than to respond to any orders of a reviewing court.